# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

TIYARI RAHEEM HOGAN,

    Petitioner,

v.                                                 CASE NO. 3:18cv463/MCR/EMT

SHERIFF MICHAEL A. ADKINSON, JR.,

    Respondent.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 19, 2018. ECF No. 18. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent Adkinson's motion to dismiss, ECF No. 12, is **GRANTED**.

3. Petitioner's amended § 2254 petition, ECF No. 6, is **DISMISSED WITHOUT PREJUDICE** for Petitioner's failure to exhaust state court remedies.

4. A certificate of appealability is **DENIED**.

**DONE and ORDERED** this 19th day of December 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**